## HOOVER v. HANNA.

The Circuit Court cannot take cognizance of a matter of controversy or suit, unless the same be brought before it by process of law or other legal proceedings.

*Thursday, May 31.*

ERROR to the *Wayne* Circuit Court. This suit was commenced by the appearance of *Hoover* and *Hanna*, in the Circuit Court, and their filing an agreement entered into by them, relative to certain facts connected with their respective claims to the office of clerk of the Circuit Court in *Wayne* county. The agreement concludes with praying the Court to determine which of the parties was entitled to the office. The Circuit Court, thereupon, gave judgment in favour of *Hanna.*

STEVENS, J.—The opinion of the Circuit Court in this case must be reversed; the Circuit Court having no jurisdiction, as a judicial Court, of any matter of controversy or suit, unless it be brought before the Court by regular process of law, or other regular legal proceedings known to the law. *Dewhurst* v. *Coulthard*, 3 Dall. 409. This case was not so brought before the Court.

*Per Curiam.*—The judgment is reversed.—To be certified, &c.

*O. H. Smith* and *M. M. Ray*, for the plaintiff.

*J. Rariden*, for the defendant.